IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHANIE GERKOVICH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 12-CV-0463-CVE-TLW |
| | § | |
| | § | |
| UNITED PARCEL SERVICE, INC. | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

_____

Pursuant to Local Civil Rule 7.1, Defendant United Parcel Service, Inc. ("Defendant") certifies that it is a wholly-owned subsidiary of United Parcel Service, Inc. (Delaware). No other publicly held corporation owns 10% or more of Defendant's stock.

Dated: August 24, 2012                    Respectfully submitted,

By: s/ *Shannon K. Emmons*
    Shannon K. Emmons
    OBA # 14272
    **Phillips Murrah P.C.**
    101 N. Robinson, 13th Floor
    Oklahoma City, Oklahoma  73102
    Telephone: (405) 235-4100
    Facsimile:  (405) 235-4133
    skemmons@phillipsmurrah.com

        John V. Jansonius *Pro Hac Vice*
        OBA #30792
        Texas State Bar No. 10571900
        jjansonius@jw.com
        Christina A. Jump *Pro Hac Vice*
        Texas State Bar No. 00795828
        cjump@jw.com
        **Jackson Walker L.L.P.**
        901 Main Street, Suite 6000
        Dallas, Texas  75202
        Telephone: (214) 953-6000
        Facsimile:  (214) 661-6867

        **ATTORNEYS FOR DEFENDANT**
        **UNITED PARCEL SERVICE, INC.**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on August 24, 2012, a true and correct copy of this instrument was filed electronically, notice of the filing was served on all Counsel by operation of the Court's electronic filing system, and the parties may access this filing by and through the Court's electronic filing system.

J. Derek Ingle
E. Terrill Corley & Associates
1809 E. 15th Street
Tulsa, Oklahoma  74104-4610
(918) 744-6641 Telephone
(918) 747-4921 Facsimile
derek@corley-associates.com

        *s/ Shannon K. Emmons*
        Shannon K. Emmons

00673616.DOCX